```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

FIRSTMERIT BANK, N.A.,              )
                                    )
               Plaintiff,           )
                                    )
     v.                             )    No.  12 C 887
                                    )
TRINITY MANAGEMENT ASSOCIATES,      )
L.P., et al.,                       )
                                    )
               Defendants.          )
```

MEMORANDUM ORDER

This Court has received the chambers copy of the First Amended Complaint ("FAC") in this mortgage foreclosure action and has spotted an issue (or, it is hoped, a nonissue) that should have been raised when the original Complaint was filed months ago. That matter has to do with the adequacy of the FAC's allegations as to the parties' states of citizenship (federal subject matter jurisdiction has been invoked on diversity of citizenship grounds).

As with the original Complaint, the new pleading targets Trinity Management Associates, L.P. ("Trinity") as the first-named defendant. FAC ¶¶3 through 5 properly identify the citizenship of members of that limited partnership--but what has not been said specifically is that the three corporations referred to in those paragraphs are the limited partnership's only members. Such an inference may perhaps be drawn from the FAC's allegations themselves, but each paragraph speaks of one of the corporations as "a limited partner" without nailing the

matter down.

Because complete diversity as between plaintiffs and defendants is essential, plaintiff's counsel is ordered to file a brief amendment to the FAC to confirm its existence. That filing is ordered to be made on or before December 17, 2012.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 6, 2012